**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 15-7386**

─────────

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

ANGELA WALKER, a/k/a Angie, a/k/a Angel,

               Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:13-cr-00200-REP-DJN-1)

─────────

Submitted:  November 17, 2015     Decided:  November 20, 2015

─────────

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Angela Walker, Appellant Pro Se.  Peter Sinclair Duffey, Assistant United States Attorney, Richmond, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela Walker appeals the district court's order denying her motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Walker, No. 3:13-cr-00200-REP-DJN-1 (E.D. Va. Aug. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2